In the Matter of the Claim of MARION M. WEIR, Respondent, against BOARD OF EDUCATION, SCHOOL DISTRICT No. 10, et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted February 28, 1940; decided March 15, 1940.

*Frank L. Ward* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order of Appellate Division reversed and claim dismissed, with costs in this court and in the Appellate Division against the State Industrial Board on the ground that the accident did not arise in the course of the claimant's employment. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.